UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDO GINOCHIO,<br>Plaintiff,<br>v.<br>ANDRE,<br>Defendant. | No. 2:24-cv-01731-DAD-CSK<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING WITHOUT PREJUDICE</u><br><br>(Doc. No. 10) |

Plaintiff Guido Ginochio is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed without prejudice. (Doc. No. 10 at 1.) Specifically, the magistrate judge concluded that plaintiff had failed to file an amended complaint within the time allotted by the court for plaintiff to do so. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 29, 2025 (Doc. No. 10) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE